COURT OF APPEALS
FOR THE
THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:               September 27, 2013

Case Numbers:   03-11-00641-CV through 03-11-00643-CV
                03-11-00742-CV through 03-11-00785-CV
Trial Court Nos.: D-1-GN-08-00285, D-1-GN-07-004383, and D-1-GN-07-0043811
                D-1-GN-08-002597, D-1-GN-08-000107; D-1-GN-08-002877, D-1-GN-08-002700,
                D-1-GN-08-001604, D-1-GN-08-002878, D-1-GN-08-001309, D-1-GN-08-002594,
                D-1-GN-07-003908, D-1-GN-08-001698, D-1-GN-07-004215, D-1-GN-07-003912,
                D-1-GN-07-004379, D-1-GN-08-001697, D-1-GN-08-000109, D-1-GN-08-000108,
                D-1-GN-08-002850, D-1-GN-07-004137, D-1-GN-08-000111, D-1-GN-08-001603,
                D-1-GN-08-001764, D-1-GN-07-004135, D-1-GN-08-000105, D-1-GN-08-002848,
                D-1-GN-08-002879, D-1-GN-08-000110, D-1-GN-08-001763, D-1-GN-08-000465,
                D-1-GN-07-004373, D-1-GN-08-002595, D-1-GN-08-001517, D-1-GN-07-004380,
                D-1-GN-08-001765, D-1-GN-08-002699, D-1-GN-08-001762, D-1-GN-07-004378,
                D-1-GN-08-000467, D-1-GN-08-002849, D-1-GN-08-002593, D-1-GN-08-002880,
                D-1-GN-08-000104, D-1-GN-08-000468, D-1-GN-08-000466, and D-1-GN-08-002876

Style:              Vista Medical Center Hospital v. Texas Mutual Insurance Company

---

You are hereby notified that the motion for rehearing of Texas Mutual Insurance Company was overruled on the date noted above. Also, the opinion and judgments dated June 6, 2013, are withdrawn; and the substituted opinion and judgments were sent this date to the following persons:

The Honorable Amalia Rodriguez-Mendoza
District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX  78767
* DELIVERED VIA E-MAIL *

Mr. David F. Bragg
Law Office of David F. Bragg, P.C.
P. O. Box 2047
Bastrop, TX  78602
* DELIVERED VIA E-MAIL *

The Honorable Billy Ray Stubblefield
Administrative Judge
Williamson County Courthouse
405 Martin Luther King, Box 2
Georgetown, TX  78626
* DELIVERED VIA E-MAIL *

Mr. Thomas B. Hudson, Jr.
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX  78701
* DELIVERED VIA E-MAIL *

The Honorable Stephen Yelenosky
District Judge, 345th District Court
Travis County Courthouse
P.O. Box 1748
Austin, TX  78767
* DELIVERED VIA E-MAIL *

Mr. Ted A. Ross
Assistant Attorney General
Administrative Law Division
P. O. Box 12548, Capital Station
Austin, TX  78711-2548
* DELIVERED VIA E-MAIL *